UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LASHUNDA PATRICK, o/b/o D.L.H., ) | |
| A Minor Child, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:08CV255-DJS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on July 24, 2009, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #22] is accepted and adopted.

Dated this ___13th___ day of August, 2009.

                                          /s/ Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE